IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>     Plaintiff<br><br>     v.<br><br>(1)   **Ticketmaster Entertainment, Inc.;**<br>(2)   **Fandango, Inc.;**<br>(3)   **Apple Inc.;**<br>(4)   **Live Nation, Inc.;**<br>(5)   **Exxon Mobil Corporation;**<br>(6)   **United Parcel Service, Inc.;**<br>(7)   **CVS Caremark Corporation;**<br>(8)   **DHL Express (USA), Inc.;**<br>(9)   **MetLife, Inc.;**<br>(10) **Broadcast Music, Inc.;**<br>(11) **eBay Inc.;**<br>(12) **Half.com, Inc.;**<br>(13) **MicroPlace, Inc.;**<br>(14) **Viva Group, Inc.;**<br>(15) **ProStores, Inc.;**<br>(16) **PayPal, Inc.; and**<br>(17) **Bill Me Later, Inc.**<br><br>          Defendants. | Civil Action No. 2:09-cv-279<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff TQP Development, LLC ("TQP") states that TQP has no parent corporation, and no publicly held corporation owns more than ten percent of TQP's stock.

Dated: September 16, 2009

Respectfully submitted,

By: /s/ *Marc A. Fenster*
Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Harold Kip Glasscock, Jr.- LEAD COUNSEL
TX Bar # 08011000
E-mail: kipglasscock@hotmail.com
KIP GLASSCOCK, P.C.
550 Fannin, Suite 1350
Beaumont, Texas 77701
Telephone:     409/833-8822
Facsimile:     409/838-4666

Tyler K. Brochstein, TX Bar No. 24059490
E-mail: tyler@brochlaw.com
BROCHSTEIN LAW FIRM PLLC
2820 McKinnon Street, Suite 4063
Dallas, Texas 75201
Telephone:     713/320-1456
Facsimile:     208/460-0603

**Attorneys for Plaintiff**
**TQP DEVELOPMENT, LLC**