IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:09-CV-279-TJW |
| | § | |
| TICKETMASTER ENTERTAINMENT, | § | JURY |
| INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT METLIFE, INC.'S UNOPPOSED FIFTH MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant MetLife, Inc. ("MetLife") moves this Court for an extension of time for MetLife to answer or otherwise respond to Plaintiff's complaint.

The parties submit that this extension is necessary for TQP and MetLife to file the necessary pleadings to correct the corporate entity named in suit. Accordingly, MetLife respectfully requests this Court extend the deadline for MetLife to answer or otherwise respond to Plaintiff's complaint to January 8, 2010.

Dated: December 31, 2009								Respectfully submitted,

										MORGAN, LEWIS & BOCKIUS LLP

										   */s/ Rick L. Rambo*
										Rick L. Rambo
										State Bar No. 00791479
										rrambo@morganlewis.com
										James L. Beebe
										State Bar No. 24038708
										jbeebe@morganlewis.com
										1000 Louisiana, Suite 4200
										Houston, Texas 77002
										(713) 890-5175 Direct
										(713) 890-5001 Facsimile

										ATTORNEYS FOR DEFENDANT
										METLIFE, INC.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system on December 31, 2009.

										   */s/ Rick L. Rambo*
										Rick L. Rambo